1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANK A. TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| RICK ANTHONY OLIVAREZ, an individual, | CASE NO.: 2:23-cv-00741-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS PLAINTIFF'S FIRST, SECOND AND FOURTH CAUSES OF ACTION** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I–X, inclusive; ROE CORPORATIONS I–X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff RICK ANTHONY OLIVAREZ ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant" or "State Farm") (collectively, the "Parties"), through their respective counsel, that Plaintiff's First, Second and Fourth Causes of Actions (Bad Faith, Bad Faith and Unfair Claims Practice Pursuant to NRS 686A, and Breach of The Covenant of Good Faith and Fair Dealing) as set forth in his Complaint be dismissed without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

125974001.1

1  Accordingly, the Defendant's Partial Motion to Dismiss[1] may be either withdrawn, or in the alternative dismissed without prejudice if the Court accepts this stipulation.

DATED this 5th day of July, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Frank A. Toddre, II
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANK A. TODDRE, II
Nevada Bar No. 11474
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Automobile Insurance Company*

DATED this 5th day of July, 2023.

DEAVER CRAFTON

/s/ Colton J. Wilstead
BRICE J. CRAFTON
Nevada Bar No. 10558
COLTON J. WILSTEAD
Nevada Bar No. 16024
810 E. Charleston Boulevard
Las Vegas, NV 89104
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this _____ day of _____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of July, 2023.

---

[1] ECF No. 6.

125974001.1                                      2