1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  Robert.Freeman@lewisbrisbois.com
   FRANK A. TODDRE, II
3  Nevada Bar No. 11474
   Frank.Toddre@lewisbrisbois.com
4  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
5  Las Vegas, Nevada 89118
   702.893.3383
6  FAX: 702.893.3789
   *Attorneys for Defendant*
7  *State Farm Mutual Automobile Insurance*
   *Company*
8
                    **UNITED STATES DISTRICT COURT**
9
           **DISTRICT OF NEVADA, SOUTHERN DIVISION**
10

11  RICK ANTHONY OLIVAREZ, an individual,      CASE NO.: 2:23-cv-00741-RFB-EJY

12              Plaintiff,                      **ORDER FOR
                                               DISMISSAL WITH PREJUDICE**
13         vs.

14  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY, a Foreign
15  Corporation; DOES I–X, inclusive; ROE
    CORPORATIONS I–X, inclusive,

16              Defendants.

17

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LEWIS
BRISBOIS

126787277.1

1    IT IS HEREBY STIPULATED and AGREED by and between Plaintiff RICK ANTHONY

2   OLIVAREZ ("Plaintiff"), by and through his counsel, DEAVER CRAFTON, and Defendant

3   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and

4   through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims

5   and causes of action against Defendant in the above-entitled action shall be dismissed with

6   prejudice, with each party to bear their own attorney's fees and costs.

7   DATED this 8th day of August, 2023.                    DATED this 8th day of August, 2023.

8   LEWIS BRISBOIS BISGAARD & SMITH LLP           DEAVER CRAFTON

9

10   /s/ Frank A. Toddre, II                                   /s/
    ROBERT W. FREEMAN                             BRICE J. CRAFTON
11   Nevada Bar No. 3062                            Nevada Bar No. 10558
    FRANK A. TODDRE, II                           COLTON J. WILSTEAD
12   Nevada Bar No. 11474                          Nevada Bar No. 16024
    6385 S. Rainbow Boulevard, Suite 600          810 E. Charleston Boulevard
13   Las Vegas, Nevada 89118                       Las Vegas, NV 89104
    *Attorneys for Defendant State Automobile Insurance*   *Attorneys for Plaintiff*
14   *Company*

15                                  **ORDER**

16

17        IT IS SO ORDERED.

18        Dated this  10   day of  August          , 2023.

19

20   _____
                                       U.S. DISTRICT COURT JUDGE
21

22

23

24

25

26

27

28

LEWIS
BRISBOIS